LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY DEPUTY SHERIFFS HERBERT SIEGMUND, WILLIAM McGOVERN, THOMAS DOMINGUEZ, BRIAN HEANEY, and ORANGE COUNTY DISTRICT ATTORNEY INVESTIGATOR PAUL BARTLETT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, ORANGE COUNTY BOARD OF SUPERVISORS, ORANGE COUNTY SHERIFF'S DEPARTMENT, ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE, and Does 1-10 inclusive,<br><br>Defendants. | Case No. SACV07-1387 CJC (PLAx)<br>Assigned to Judge Cormac J. Carney<br>Courtroom 9B<br>Complaint Filed: November 30, 2007<br><br>[PROPOSED] JUDGMENT AGAINST PLAINTIFFS HERBERT SIEGMUND, ET AL.<br><br>[Fed. R. Civ. Proc. Rules 56, 58]<br><br>Date: May 17, 2010<br>Time: 1:30 p.m.<br>Courtroom: 9B |

This action came on for hearing before the Court on May 17, 2010, the Honorable Cormac J. Carney, District Judge Presiding, on a Motion for Partial Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiffs HERBERT SIEGMUND, ET AL. take nothing, that the action be dismissed on the merits with

1 prejudice, and that Defendants COUNTY OF ORANGE, ORANGE COUNTY
2 BOARD OF SUPERVISORS, ORANGE COUNTY SHERIFF'S DEPARTMENT,
3 ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE recover their costs.

6 DATED: May 28, 2010   _____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE